

# THE THIRTEENTH COURT OF APPEALS

13-14-00267-CV

Donald Lewis Leach
v.
John P. Moffitt and Moffco, L.L.C.

On Appeal from the
24th District Court of Jackson County, Texas
Trial Cause No. 12-3-14205

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

July 17, 2014.